UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**07-60994-CIV-MORENO**

JEAN MEDARD,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commisioner of Social
Security,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Robert L. Dubé, United States Magistrate Judge for a Report and Recommendation on the Defendant's Motion for Summary Judgment **(D.E. No. 15)**, filed on **November 5, 2007** and the Plaintiff's Motion for Summary Judgment **(D.E. No. 17)**, filed on **December 3, 2007**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 18)** on **April 30, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. The Court also heard oral arguments in this case on **May 29, 2008**. Being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Dubé's Report and Recommendation **(D.E. No. 18)** on **April 30, 2008** is **AFFIRMED** and **ADOPTED**. The Court finds that the Administrative Law Judge's findings regarding credibility are supported by the record. The Plaintiff has failed to demonstrate a disability that prevented him from engaging in any substantial gainful activity by reason

of a medically determinable physical or mental impairment expected to result in death or last 12 or more continuous months.  <u>See</u> 42 U.S.C. § 423(d).  Accordingly, it is

**ADJUDGED** that:

(1)     The Defendant's Motion for Summary Judgment is **GRANTED;**

(2)     The Commissioner of Social Security's decision to deny the Plaintiff disability benefits is **AFFIRMED**;

(3)     The Plaintiff's Motion for Summary Judgment is **DENIED**; and

(4)     This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of May, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Robert L. Dubé

Counsel of Record